UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVEN BARRY RUZA,

    Plaintiff,

v.

CONSUMER FINANCIAL PROTECTION
BUREAU,

    Defendant.
_____/

Case No. 1:20-cv-1113

Hon. Hala Y. Jarbou

## ORDER

On March 18, 2021, Magistrate Judge Sally J. Berens issued a Report and Recommendation (R&R) recommending that the Court grant Defendant's motion to dismiss for lack of jurisdiction (ECF No. 5) and dismiss Plaintiff's complaint (ECF No. 1). (ECF No. 11). The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so expired on April 1, 2021. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly:

**IT IS ORDERED** that the R&R (ECF No. 11) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** Defendant's motion to dismiss for lack of jurisdiction (ECF No. 5) is **GRANTED** and Plaintiff's complaint (ECF No. 1) is **DISMISSED**.

Date: April 9, 2021

/s/ Hala Y. Jarbou
HALA Y. JARBOU
UNITED STATES DISTRICT JUDGE